UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Patrick Moscatello, Esq. PM3747
90 Washington St.
Long Branch, NJ 07740
(732)-870-1370
Attorney for Debtors

In Re:

REGINA YVONNE GUTHRIDGE

Debtor(s).

Case No.: 14-26918/CMG

Chapter: 13

Hearing Date: 09/21/16

Judge: Christine M. Gravelle

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
☒ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
☐ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The Debtors in the above-captioned Chapter 13 proceeding hereby object to the following:

1.  ☒   Motion for Relief from the Automatic Stay filed by Bank of America, creditor. A hearing has been scheduled for September 21, 2016 at 9:00 am.

**OR**

☐   Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for         , 2016 at 9:00 am.

☐   Certification of Default filed by         , creditor. I am requesting a hearing be scheduled on this matter.

**OR**

☐   Certification of Default filed by Standing Chapter 13 Trustee. I am requesting a hearing be scheduled on this matter.

Re: In re Guthridge
Bky No.: 14-26918/CMG

2 ☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

2 ☒ Payments have not been made for the following reasons and debtor proposes repayment as follows: <u>Attached are three copies which I do not believe I have received credit for.  I would like to cure any remaining arrears over a period of time.</u>

2 ☐ Other: _____
_____
_____
_____
_____
_____

3. This certification is being made in an effort to resolve the issues raised by the creditor in its Motion.

**Santander** Online Banking

## Your Requested Image

View Front & Back

[Check image - VOID VOID VOID VOID VOID VOID
ROGINA GUTHRIDGE
515 LAUREL ST
LAKEHURST, NJ 08733-0000
Date: August 22, 2016
DO NOT RETURN TO REMITTER
$ $1,369.63
Pay to the Order of: Bank of America Home Loan
"One Thousand Three Hundred Sixty Nine and 63/100 DOLLARS"
228207825]

Save Image    Print Image

Privacy Policy
Customer Agreement & Disclosure
Accessibility
Copyright 2016 Santander Bank. All rights reserved. Equal Housing Lender - Member FDIC

**Santander** Online Banking

Your Requested Image

View Front & Back

```
REGINA OUTHRIDGE                    Date: August 23, 2016
613 LAUREL ST
LAKEHURST, NJ 08733-0000
                    DO NOT RETURN
                    TO REMITTER    $  1,123.63
Pay to the
Order of    Bank of America Home Loan
**One Thousand Three Hundred Sixty Nine and 63/100 DOLLARS**           DOLLARS
2325-133
                                   229207825
Memo                        Verbally Authorized By Your Depositor
```

Save Image    Print Image

Privacy Policy
Customer Agreement & Disclosure
Accessibility
Copyright 2016 Santander Bank. All rights reserved. Equal Housing Lender - Member FDIC

**Santander Online Banking**

Your Requested Image

View Front & Back

[Check image — VOID DO NOT RETURN TO REMITTER]

Date: July 18, 2016
Pay to the Order of: Bank of America Home Loan
$1,323.63
"One Thousand Three Hundred Sixty Nine and 63/100 DOLLARS"
Verbally Authorized By Your Depositor

Save Image    Print Image

Privacy Policy
Customer Agreement & Disclosure
Accessibility
Copyright 2016 Santander Bank. All rights reserved. Equal Housing Lender - Member FDIC

Re: In re Guthridge
Bky No.: 14-26918/CMG

4. I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

Date: 7/31/16

*Regina Yvonne Guthridge*