UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bank of America, N.A.

Order Filed on November 3, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Regina Yvonne Guthridge,

Debtor.

Case No.: 14-26918-CMG

Adv. No.:

Hearing Date: 9/21/2016 @ 9:00 a.m.

Judge: Christine M. Gravelle

## AMENDED ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: November 3, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Regina Yvonne Guthridge
Case No:  14-26918-CMG
Caption of Order:  AMENDED ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

  This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Bank of America, N.A., Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 810 Laurel Street, Lakehurst, NJ 08733, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Patrick Moscatello, Esq., attorney for Debtor, and for good cause having been shown

  It is **ORDERED, ADJUDGED and DECREED** that as of September 15, 2016, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due August 2016 through September 2016 with $323.11 in suspense for a total post-petition default of $2,402.30 (1 @ $1,341.55 for August 2016; 1 @ $1,383.86 for September 2016;  less suspense of $323.11); and

  It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $2,402.30  will be paid by Debtor remitting $400.38 per month in addition to her regular monthly mortgage payment, which additional payments shall begin on October 1, 2016 and continue for a period of six months until the post-petition arrears are cured; and

  It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume October 1, 2016, directly to Secured Creditor Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

  It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

  It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

  It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $176.00 for filing fees, totaling $526.00, which is to be paid through Debtor's Chapter 13 plan; and

**(Page 3)**
Debtor:  Regina Yvonne Guthridge
Case No:  14-26918-CMG
Caption of Order:  AMENDED ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

   It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

Regina Guthridge
810 Laurel Street
Lakehurst, NJ 08733

Patrick Moscatello
90 Washington Street
Long Branch, NJ 07740

Albert Russo, Chapter 13 Trustee
CN 4853
Trenton, NJ 08650

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-26918-CMG
Regina Yvonne Guthridge                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 03, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2016.
db             +Regina Yvonne Guthridge,    810 Laurel Street,    Lakehurst, NJ 08733-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2016 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor   Bank of America, N.A. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Jeanette F. Frankenberg    on behalf of Creditor   Bank of America, N.A. cmecf@sternlav.com
      Patrick  Moscatello    on behalf of Debtor Regina Yvonne Guthridge moscatellolaw3@comcast.net,
       moscatellolaw@comcast.net;moscatellolaw2@comcast.net
                                                                                                                      TOTAL: 6